# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144811

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 144811
                                        COA: 304766
                                        Bay CC: 10-010350-FH

DEANDRE RONRICO HAWKINS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 3, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

t0618